UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RONALD CARTER

15 CV 4705

RECEIVED
JUN 1 6 2015
PRO SE OFFICE

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

CORRECT CARE SOLUTION, CCS, MICHAEL KELLY, MEDICAL
DIRECTOR "DR. U", WANDA SMITHSON, R. ORLANDO,
CAPTAIN MIDDLETON, SGT. OTNESS, SGT. LOPEZ, CAPTAIN HARDY,
SGT. BELL, SGT. ROBERTSON, SGT. AZIM, SGT. HAYES,
JOHN DOE WHO ASSISTED ON THE MEDICAL TRIP TO
MT. VERNON HOSPITAL ON DECEMBER 16, 2013
JUSTIN D. PRUYNE, ROSE DIERCKSEN, KARI WHITE,
JOANNA MIKHAIL-POWE, DIANE TUFARO, LINDA BEYER,
BARBARA GUBBAY, MICHAEL LAMORGESE, RHONA HYMAN
KIM CONKLIN, TERRY ALEXANDER

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

**COMPLAINT**

under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes ☐ No

(check one)

RECEIVED
JUN 1 6 2015
PRO SE OFFICE

**I.     Parties in this complaint:**

A.     List your name, identification number, and the name and address of your current place of
       confinement.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper
       as necessary.

Plaintiff     Name     RONALD CARTER

              ID #     68336-054

              Current Institution     FCI FAIRTON FEDERAL CORRECTIONAL INSTITUTION

              Address     P.O. BOX 420

                          FAIRTON, NEW JERSEY 08320

B.     List all defendants' names, positions, places of employment, and the address where each defendant
       may be served.  Make sure that the defendant(s) listed below are identical to those contained in the
       above caption.  Attach additional sheets of paper as necessary.

Defendant No. 1     Name     CORRECT CARE SOLUTION, MEDICAL SERVICES     Shield # _____

                    Where Currently Employed     WESTCHESTER COUNTY JAIL

                    Address     P.O. BOX 10          C/O 187 WOLF ROAD, SUITE 101

                                VALHALLA, N.Y. 10595     ALBANY, N.Y. 12205

*Rev. 05/2010*                                        1

Defendant No. 2     Name MEDICAL DIRECTOR "DR.U" RAUL ULLOA     Shield #_____
                    Where Currently Employed WESTCHESTER COUNTY JAIL
                    Address P.O.BOX 10
                            VALHALLA, N.Y. 10595

Defendant No. 3     Name WANDA SMITHSON, DEPUTY COMMISSIONER     Shield #_____
                    Where Currently Employed WESTCHESTER COUNTY JAIL
                    Address P.O.BOX 10
                            VALHALLA, N.Y. 10595

Defendant No. 4     Name MICHAEL KELLY - DIRECTOR OF NURSING     Shield #_____
                    Where Currently Employed WESTCHESTER COUNTY JAIL
                    Address P.O.BOX 10
                            VALHALLA, NEW YORK 10595

Defendant No. 5     Name R.ORLANDO - ASSISTANT WARDEN     Shield #_____
                    Where Currently Employed WESTCHESTER COUNTY JAIL
                    Address P.O.BOX 10
                            VALHALLA, NEW YORK 10595
                            SEE ATTACHMENTS - B

## II.    Statement of Claim:

State as briefly as possible the <u>facts</u> of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur?
WESTCHESTER COUNTY JAIL, MDC IN BROOKLYN, N.Y.

B.    Where in the institution did the events giving rise to your claim(s) occur?
NEW JAIL CLINIC, OLD JAIL CLINIC, 2 NW IN THE NEW JAIL, MDC RECEIVING AREA,

C.    What date and approximate time did the events giving rise to your claim(s) occur?
MARCH 21, 2013 - MARCH 4, 2014 IN THE WESTCHESTER COUNTY JAIL
MARCH 4, 2014 IN MDC BROOKLYN, NY
                SEE ATTACHMENT - PART C

*Rev. 05/2010*                              2

TRULINCS  68336054 - CARTER, RONALD - Unit: FAI-D-L

--------------------------------------------------------------------------------

Defendant No. 6

Sgt. Omens
Westchester County Jail
PO Box 10
Valhalla, New York 10595

Defendant No. 7

Sgt. Lopez
Westchester County Jail
PO  Box 10
Valhalla, New York 10595

Defendant No. 8

Captain Hardy
Westchester County Jail
PO Box 10
Valhalla, New York 10595

Defendant No. 9

Sgt. Robertson
Westchester County Jail
PO Box 10
Valhalla, New York 10595

Defendant No. 10

Sgt. Bell
Westchester County Jail
PO Box 10
Valhalla, New York 10595

Defendant No. 11

Sgt. Azim
Westchester County Jail
PO Box 10
Valhalla, New York 10595

Defendant No. 12

Sgt. Hayes
Westchester County Jail
PO Box 10
Valhalla, New York 10595

Defendant No. 13

John Doe (medical trip 12/16/2013 to the Mt. Vernon Hospital)
Westchester County Jail
PO Box 10
Valhalla, New York 10595

Defendant No. 14

John Doe (medical trip 12/16/2013 to the Mt. Vernon Hospital)

TRULINCS  68336054 - CARTER, RONALD - Unit: FAI-D-L

-------------------------------------------------------------------------------

FROM: 68336054
TO:
SUBJECT: Complaint
DATE: 04/06/2015 01:03:30 PM

Justin D. Pruyne Deputy Commissioner
Westchester County Jail
P.O. Box 10
Valhalla, NY 10595

Defendant No. 16

Rose Diercksen
Westchester County Jail
PO Box 10
Valhalla, NY 10595

Defendant No. 17

Kari White
Westchester County Jail
PO Box 10
Valhalla, NY 10595

Defendant No. 18

Joanna Mikhail-Powe
Westchester County Jail
PO Box 10
Valhalla, NY 10595

Defendant No. 19

Diane Tufaro
Westchester County Jail
PO Box 10
Valhalla, NY 10595

Defendant No. 20

Linda Beyer
Westchester County Jail
PO Box 10
Valhalla, NY 10595

Defendant No. 21

Barbara Gubbay
Westchester County Jail
PO Box 10
Valhalla, NY 10595

Defendant No. 22

Michael Lamorgese
Westchester County Jail
PO Box 10
Valhalla, NY 10595

TRULINCS  68336054 - CARTER, RONALD - Unit: FAI-D-L

------------------------------------------------------------------------------------------------

Defendant No. 23

Rhona Hyman
Westchester County Jail
PO Box 10
Valhalla, NY 10595

Defendant No. 24

Kim Conklin
Westchester County Jail
PO Box 10
Valhalla, NY 10595

Defendant No. 25

Terry Alexander
Westchester County Jail
PO Box 10
Valhalla, NY 10595

TRULINCS  68336054 - CARTER, RONALD - Unit: FAI-D-L

------------------------------------------------------------------------------------------------

FROM: 68336054
TO:
SUBJECT: Part C
DATE: 03/10/2015 05:09:03 PM

*Enter Westchester County Jail March 21, 2013

*In my commitment papers March 21, 2013 Magistrate Judge Lisa Margaret Smith documented that I have medical concerns where I need medical attention.

*Seen by a NP March 26, 2013 in the nurse station for my neck, back and foot pain. Medical put in for me to see a Physical Therapist

*I filed a grievance March 29, 2013 complaining about not receiving no pain medication or medical treatment. I signed off on the grievance on April 4, 2013 in hopes that things would progress for medical treatment without being given pain medication.

*I put in another grievance April 18, 2013 that was denied by Sgt. John Doe stating the grievance is the same grievance I put in on March 29, 2013 denied no further action was taken the grievance process was not conducted with a proper investigation.

*May 19, 2013 I was seen by medical staff John Doe and Jane Doe no physical therapy just pain medication muscle relaxer and a belly stabilizer brace issue as a back brace. On that day medical emailed the physical therapist to again request that I be seen for treatment.

*May 17, 2013 another sick call slip was put in for the same complaints the pain in my neck and back continued to be unbearable I was called for sick call May 28, 2013. Examine by a NP Jane Doe who conducted a semi physical examine on me regarding the pain in my neck and back. I was informed that a MRI is needed, I will be seen by the facility Orthopedic when he come in from the street and hopefully in the meantime begin physical therapy. Motrin was ordered for two days.

*May 20, 2013 I had to put in another sick call slip due to the order for the Motrin expired.

*May 31, 2013 called for sick call but cancel the NP Jane Doe left the nurse station.

*June 1, 2013 I placed another sick call slip in the request box

*June 12, 2013 I went to the clinic for the pain in my neck and back increasing.

*June 4, 2013 I was called for physical therapy John Doe stated there was nothing he could actually do for me due to the condition of my body. He informed me what to try and do to loosen up my body.

*June 24, 2013 I put in another grievance against medical for the lack of medical treatment the grievance was never answered back in the 5 business days so I spoke to Sgt. Omess and a Warden John Doe on July 2, 2013 concerning the matter zero results.

*June 25 I went to the Old Jail clinic to sign papers to go out for a MRI

*July 2, 2013 I went without medication nobody knew what medication to give me.

*July 2, 2013 at 6:10 pm Sgt. Omess informed me on 2NW in the New Jail that he spoke to the Medical Director in regard to my grievance and he stated the Medical Director informed him he will not be changing my medication. The computer was down when I spoke to the NP John Doe concerning the medication nobody never informed me that the computers were down so no medication was ever prescribed to me.

*June 25, 2013 went to the Old Jail clinic to be seen by the outside Orthopedic and to sign paperwork to go out for a MRI trip

*July 2, 2013 Sgt. Omess told me that when a grievance is filed against medical its faxed to the medical director then a response is returned in an email that he cannot access it being that it is Sgt. Brown email. I would have to wait until Sgt. Brown comes back to get my grievance response.

July 2, 2013 Sgt. Omess come back to the 2 NW unit at 9:30 pm stating now he cannot sign off on the grievance tonight he has

TRULINCS  68336054 - CARTER, RONALD - Unit: FAI-D-L

---------------------------------------------------------------------------------------

to speak to the two NP Jane Doe  and John Doe to see what they said because nobody contacted the Medical Director a entirely different story from earlier at 6:10 pm on 7/2/2013.

July 3, 2013 I was informed by another supervisor that Sgt. Omess has the day off so the grievance will not be answered until Sgt. Omess or Sgt. Brown return to work.

July 3, 2013 I then spoke to another Sgt. Luis regarding the matter who bought the grievance to me at 2:15 pm at that time I requested to appeal the grievance to the Chief Administrative Officer.

July 5, 2013 I was called out to sign and be informed the paperwork has been completed for me to go out for a MRI trip.

*PLEASE SEE MEDICAL RECORDS DATE AND TIMES THAT OTHER INCIDENTS TOOK PLACE DURING SICK CALL WHERE ITS DOCUMENTED THE CONDITION OF MY HEALTH.

TRULINCS  68336054 - CARTER, RONALD - Unit: FAI-D-L

---------------------------------------------------------------------------------------------

FROM: 68336054
TO:
SUBJECT: continuation to Part C
DATE: 04/06/2015 05:53:31 PM

*July 4, 2013 I put in a sick call sick about not receiving medical treatment after a response in the grievance that stated a NP would be assigned to meet with me to set up a pain management program.

*July 7, 2013 I placed another sick call slip in the request box to explain how severe the pain is in my neck and back.

*July 8, 2013 I made a complaint to medical in regard to the pain in my neck and back from no one responding to my sick call request slip.

* July 16, 2013 I was bought downstairs to go out on a MRI trip. I never went out when I was walking out to the van in handcuffs with a chain wrapped around my waist constricting my arms to my side putting pressure in my neck and spine immediately my body shut down. I could not walk from losing the strength in my arms and legs where my back locked up on me. I had to put in a sick call request slip from the NP in the booking area only taking notes in regard to the pain. I was experiencing where the John Doe's and a supervisor was trying to convince me to endure the pain to go out on the trip. When I refused from being in pain I was sent back up to my housing unit. My complaint is documented 7/18/2013.

* August 8, 2013 I put in for something to support my back. I was given a belly stabilizer.

*September 11, 2013 I remained in constant pain. I put in a sick call slip. A referral was put in for me to be seen by a orthopedic. Its documented that June 24, 2013 pain management. I never received any type of pain management it do not exist in the Westchester County Jail.

*October 10, 2013 I put in a sick call slip to try to get physical therapy.

*October 17, 2013 I put in a sick call slip in regard to the pain increasing in my neck and back. Along with why the medication stopped.

*October 29, 2013 I informed medical of my pain without pain medication how the pain continue daily increasing in my neck and back.

*November 12, 2013 I put in a detail sick call slip requesting to speak with the Medical Director in regard to my health after complaining for months about the pain never granted.

*November 17, 2013 Another request made to medical to speak with someone other then Nurse Practitioners that could not provide me with adequate medical care.

*November 21, 2013 I explained to medical how difficult it is for me to rest at night being given medicine at 5:00 pm that wear off by 12 pm

*December 21, 2013 I made a complaint to medical that no one answered my request slip on 12/17/2013. I shared that the pain starts from behind my ears all the way down through my neck and back.

*December 26, 2013 I put in a medical request to speak with the Medical Director to go over my MRI results from December 16, 2013. To hopefully begin receiving treatment and better care for my injuries. Request never granted.

*January 12, 2014 I had to put in a medical slip from the medication expiring.

*January 26, 2014 Another medical complaint regarding the medication expiring and the pain in my neck, shoulders and back increasing making it difficult for me to rest at night.

*January 31, 2014 When I returned from Court. I requested medical attention in the Booking area. I was experiencing a tingle in my fingers and numbness in my arms and legs. I was denied medical attention and sent back to my block. I was never given medical treatment.

*February 4, 2014 I requested for something better to help support my back to medical.

TRULINCS  68336054 - CARTER, RONALD - Unit: FAI-D-L

-----------------------------------------------------------------------------------------------------

*February 6, 2014 I explained to medical the belly stabilizer they issued me is putting more of a strain in my neck and back. Requested for the brace Kevin who do Physical Therapy issued me denied.

*February 8, 2014 I wrote out a complaint to medical to make them aware of the pain in my neck and back from not having nothing to support or help keep my posture upright to stop walking around in a bent position. I requested for a better brace denied.

*February 22, 2014 I put in a sick call slip informing medical of the pain in my neck, shoulders, arms and back down into my legs.

*All the above dates are documented in my medical records of the numerous times. I sought medical treatment. None of my concerns were taking serious which resulted in me continuing to file and document the dates. I never met with the Medical Director "Dr. Raul Ulloa" to discuss any of my concerns even after the MRI results came back.

D.   Facts: WHEN I ADDRESSED DEPUTY COMMISSIONER WANDA SMITHSON IN A LETTER DATED AUGUST 29, 2013 (EXHIBIT C) AFTER SHE HAD DENIED EVERY GRIEVANCE I APPEALED TO THE CHIEF ADMINISTRATIVE OFFICER WITHOUT ANY OF MY GRIEVANCES BEING PROPERLY INVESTIGATED. WANDA SMITHSON SIGNED OFF ON A GRIEVANCE JULY 8, 2013 WITHOUT PROPERLY INVESTIGATING MY MEDICAL CONCERNS.

**What happened to you?**

SEE ATTACHMENT - PART-D WHAT HAPPEN TO YOU?

*WANDA SMITHSON-DEPUTY COMMISSIONER NEVER HAD THE GRIEVANCES PROPERLY INVESTIGATED WHICH RESULTED IN THE TREATMENT NEVER BEING GIVEN TO ME THAT DIMINISH MY HEALTH. MEDICAL DIRECTOR "DR.U" LIED IN A RESPONSE FOR A GRIEVANCE I PUT IN STATING THAT HE SPOKE TO ME PERSONALLY ^ REGARDING THE MRI RESULTS. I NEVER SPOKE TO THE MEDICAL DIRECTOR WHEN THE RESULTS CAME BACK.

**Who did what?**

SEE ATTACHMENT PART. D  WHO DID WHAT?

←THE NUMEROUS TIMES WHEN I WAS TAKEN TO COURT BY THE FEDERAL MARSHALLS JOHN DOE'S AND JANE DOE THEY WITNESS THE CONDITION OF MY HEALTH, WHERE I SHARED WITH THEM THAT I WAS NOT RECEIVING ADEQUATE MEDICAL CARE. WHEN I WAS BEING TRANSFER TO MDC IN BROOKLYN AS EXPLAINED I LOST ALL FEELING IN MY HANDS, ARMS, AND LEGS NEEDING TO BE PLACED IN A WHEELCHAIR, MARCH 4, 2014.

**Was anyone else involved?**

←THE CAMERA'S FROM MARCH 21, 2013 TO MARCH 4, 2013. DOCUMENTED IN MY MEDICAL RECORDS THE NUMBER OF TIMES I WENT TO SICK CALL. JEFFERY ANTIN MY CIVIL ATTORNEY WITNESS THE CONDITION OF MY BODY DURING A ATTORNEY VISIT.

**Who else saw what happened?**

SEE ATTACHMENT PART D. WHO ELSE SAW WHAT HAPPEN!

## III.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. AFTER LEARNING ABOUT THE MRI RESULTS SPEAKING WITH SEVERAL NURSE PRACTITIONERS IN THE WESTCHESTER COUNTY JAIL. THEN BEING SEEN BY A ORTHOPEDIC FOR THE SECOND TIME. THE LAST MEETING FEBRUARY 25, 2014. (EXHIBIT D) I WAS AGAIN EXPLAINED THAT I NEED SURGERY AND HAVE TO BE SEEN BY A SPINE SURGEON. OVER THE LAST 2 YEARS FROM NOT RECEIVING NO MEDICAL ATTENTION MY HEALTH HAS CONTINUE TO DIMINISH.

SEE ATTACHMENT III. INJURIES

## IV.   Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."   Administrative remedies are also known as grievance procedures.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

   Yes ✓   No ____

TRULINCS  68336054 - CARTER, RONALD - Unit: FAI-D-L

---------------------------------------------------------------------------------------------------

FROM: 68336054
TO:
SUBJECT: Part D. What happen to you?
DATE: 04/06/2015 01:04:38 PM

Please Note: Westchester County Jail do not have a pain management program. I was never assigned a NP my rights were violated by the NP discussing my medical concerns around other inmates.

Another time documented I was admitted to the Westchester Medical Center on March 2, 2014 for having the hiccups for over 5 days after I made complaints to the medical staff finally I was sent out to the Westchester Medical Center where after test were done myself and two officers (John Doe) were informed that I am being admitted. I was awoke around 2:00 am in the morning by the officers informing me they were just informed they have orders to bring me back to the jail. I returned back to the jail in pain barely able to walk and talk not knowing what was wrong except the order was given to have me released from the Westchester Medical Center back to the jail.

Next I was awoke around 5:30 am to go to the Old Jail Clinic for my medication that I am being transfer out of the Westchester County Jail. When I was bought down to booking around 6:00 am the officer at the front desk (John Doe) informed that "the Deputy Commissioner Wanda Smithson want me out of her jail" when the Federal Marshalls (John Doe) came to pick me up in the booking area both Federal Marshalls informed the booking officers that they are not taking me in the condition that I am in regarding my health. There was a supervisor present assistant Warden (John Doe) who informed the Federal Marshalls that I am leaving the jail one way or another he has my orders to get me out of the jail. The Federal Marshalls refused to take me on March 3, 2014. I was informed to go back upstairs to my block. Then the following morning I was awoke around 6:00 am to be bought back down to the booking area on March 4, 2014. In the booking area the same assistant Warden was making the statement in regard to his orders to remove me out of the jail per Wanda Smithson Deputy Commissioner when I explained to the Federal Marshalls that my health is bad being transfer will only make my situation worst. Both Federal Marshalls stated they have to transfer me.

I left the jail to head to MDC in Brooklyn, NY when we reached the building I was bought inside put in the holding cell where within minutes I begin to lose feeling in my arms, hands and legs my body became numb I did the best I could to get the Federal Marshalls attention. The holding cell was open all I could hear was officers saying get him out of hear he is not staying in our jail I had no strength to get up so they bought a wheelchair to the holding cell. The Federal Marshalls had to lift me into the wheelchair I could not move my arms, my fingers were numb in a bent position and I had no feeling in my legs. The Federal Marshalls pushed me in the wheelchair back to the van lifted me up placed me on the seat I could not sit up the next thing I remember is being rushed to Lutheran Hospital in Brooklyn, NY being pushed inside in a wheelchair still having no feeling in my arms, hands or legs. I was given medical attention by someone in the hospital but could hear someone telling the Federal Marshalls that the hospital do not cover federal inmates I should be transfer to another hospital instead they manage to get a doctor to sign off on some papers to release me. That's when I was just dropped off at MCC in Manhattan barely able to walk and talk in unbearable pain. My intake picture will show the pain I was enduring not able to keep my eyes open nobody took my health serious I was processed then bought upstairs to a cell unable to sleep I sat up the entire night.

TRULINCS  68336054 - CARTER, RONALD - Unit: FAI-D-L

---------------------------------------------------------------------------------

FROM: 68336054
TO:
SUBJECT: Part D. Who did what?
DATE: 05/16/2015 08:15:08 AM

*Correct Care Solution medical staff John Doe's and Jane Doe's all disregarded my health by stating they emailed the Medical Director Raul Ulloa in regard to the condition of my health. I experienced nothing but pain and suffering putting in sick call slips after sick call slips receiving no results.

*Michael Kelly - Director of Nursing avoided seeing me after request were made to speak to him or the Medical Director when I did have the privilege to speak to Michael Kelly he informed me that the referrals would be honor I never went out to be seen by a spine surgeon even after the Orthopedic put the referral in on two different occasions.

*R. Orlando Assistant Warden avoided taking my grievance regarding a complaint I had against medical he stated when he come back to the unit he will take the grievance that never happen.

*Captain Middleton when I was called out to the nurse station to sign the papers to go out on a MRI trip I informed Captain Middleton that he is not suppose to be present when I am speaking to a doctor he refused to leave out of the nurse station informing the Dr. Raul Ulloa how I would be going out on the medical trip. When I explained to Dr. Ulloa not having no medical restrictions with the chain wrapped around my waist and my wrist in handcuffs the pressure constricting my arms to my side create more pain in my neck and back. Captain Middleton continue to violate my "HIPPA RIGHTS" in doing so no restrictions were set that caused my body to shut down preventing me from walking.

*Sgt. Omess lied and did not process my grievances in accordance to the grievance process that delayed me receiving medical attention.

*Sgt. Lopez, Captain Hardy, Sgt. Robertson, Sgt. Bell, Sgt. Azim, Sgt. Hayes, and Captain Hardy are the Westchester County Staff supervisors who violated my rights in processing my medical grievances. None took the time to email medical even after seeing the condition of my health my body in a bent position for months making it difficult for me to walk up the stairs to my cell on 2NW in the New Jail without having a cane.

*Justin D. Pruyne- Deputy Commissioner sanitized my MRI results records. I have documentation to prove the number of pages that were available for copies in his own words were not included in my medical records. By concealing the actual MRI results I have not been able to receive the adequate medical attention needed that would show the damage done in my neck and back needing surgery.

* I never had the opportunity to be given a physical by the Medical Director Raul Ulloa he avoided seeing me after numerous requests were made even mention in my grievances for over a 1 year period.

TRULINCS  68336054 - CARTER, RONALD - Unit: FAI-D-L

----------------------------------------------------------------------------------------------------

FROM: 68336054
TO:
SUBJECT: Who else saw what happen?
DATE: 04/06/2015 01:04:18 PM

*Kevin the Physical Therapist witness the condition of my health diminishing during the physical therapy section where he informed me there is not much he can do that will help me.

*The outside Orthopedic went over my MRI results and put in referrals twice on two different meetings for me to be seen by a spine surgeon none of the referrals were ever acknowledge by Correct Care Solution medical staff.

*Lori Cohen my criminal attorney witness the condition of my health in Court and during our attorney visits.

*Honorable Judge Vincent L. Briccetti acknowledge the condition of my health giving me the privilege to remain seated. Along with in my sentencing minutes made a recommendation to BOP to have me sent to a medical facility as soon as possible.

I made calls that will show the complaints I was making to my family in regard to my health being ignored by medical staff in pain crying over the phone with unbearable pain in my neck and back.

*The Correction Officer's that worked 2NW in the New Jail and throughout the County Jail witness the condition of my health when I would drag my body into the law library, nurse station or going on a visit.

TRULINCS  68336054 - CARTER, RONALD - Unit: FAI-D-L

------------------------------------------------------------------------------------------------

FROM: 68336054
TO:
SUBJECT: III. Injuries
DATE: 04/06/2015 01:04:07 PM

I can barely mop a floor without needing to sit down from the pain going throughout my neck and back. I have developed more pain then I have in the past where now I have sciatica, spinal stenosis and other health issue's. The most severe is not being able to play sports, shower without having support to keep my body upright, no longer able to walk for long periods, cannot sit in a chair normally without a blanket that still put a lot of pressure on my lower spine. The medication had to be increased in these 24 months from 100mg of nuerontin to now where I take 3200mg of nuerontin 7 days a week, prednisone every other month, Ibuprofen 800mg and a shot in my neck and back to help ease some of the pain. Without the medication and a cane to keep my body upright. I would not be able to walk from the pressure in my neck and back going all the way down into my legs.

In my medical records you will see where the referrals were made. To date I still have not been able to receive the adequate medical treatment that could possibly take away the pain I suffer with daily. Since not having any medical treatment during incarceration as of March 21, 2013. My complaints to Correct Care Solutions medical staff and Westchester County Jail staff in the form of grievances were ignored that has continue to diminish my health.

I do not have the ability to lift heavy objects or have use of a computer to type messages for long periods. The pain in these last two years prevent me from walking normal. My injuries were documented in detail in the MRI results that were sanitized before they were turned over in my medical records.

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_WESTCHESTER COUNTY JAIL VALHALLA, NY_

_MDC METROPOLITIAN DETENTION CENTER, BROOKLYN, NY_

B.    Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes _✓_    No _____    Do Not Know _____

C.    Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes _✓_    No _____    Do Not Know _____

If YES, which claim(s)? _I FILED NUMEROUS MEDICAL GRIEVANCES, GRIEVANCES AGAINST STAFF._

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes _✓_    No _____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes _____    No _____

E.    If you did file a grievance, about the events described in this complaint, where did you file the grievance? _IN THE WESTCHESTER COUNTY JAIL._

1.    Which claim(s) in this complaint did you grieve? _MEDICAL, MEDICAL STAFF, WESTCHESTER COUNTY JAIL STAFF._

2.    What was the result, if any? _THE RESULTS WERE THE SAME FOR MOST DENIED, GRIEVANCES ACCEPTED WERE MISINFORMATION IN REGARDS TO PROGRAMS THAT DO NOT EXIST._

3.    What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _I APPEALED MY GRIEVANCES TO THE CHIEF ADMINISTRATIVE OFFICER. THE GRIEVANCES WERE NEVER FULLY INVESTIGATED THAT LEAD TO DECISIONS MADE WITHOUT ANYONE CONDUCTING A INVESTIGATION IN REGARDS TO MEDICAL._

_SEE ATTACHMENT IV. PART. E #3_

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here: _____

_____

_____

_____

_____

2.    If you did not file a grievance but informed any officials of your claim, state who you informed,

TRULINCS  68336054 - CARTER, RONALD - Unit: FAI-D-L

-----------------------------------------------------------------------------------------------------------------

FROM: 68336054
TO:
SUBJECT: IV. Part E. #3
DATE: 04/06/2015 01:03:53 PM

3. The grievance that was signed off in the response was incorrect Westchester County Jail "do not have a pain management team and no NP was ever assigned to me to set up a pain management program. I continued to appeal the decision to the Citizen's Policy and Complaint Review Council receiving no results. All grievances denied where again no one investigated the medical complaints that were made over a period of 1 year in the Westchester County Jail against staff and Correct Care Solutions medical staff.

when and how, and their response, if any:_____

_____

_____

_____

_____

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. EVERY OPPORTUNITY I HAD TO SPEAK WITH SUPERVISORS WHEN THEY WOULD MAKE THEIR TOURS, MY COMPLAINTS WERE MADE IN REGARD TO MY GRIEVANCES NOT BEING PROCESSED PROPERLY. I MADE COMPLAINTS TO THE SUPERVISORS REGARDING MEDICAL STAFF VIOLATING MY "HIPPA RIGHTS" DISCUSSING MY PERSONAL MEDICAL ISSUE'S AROUND OTHER INMATES, ALONG WITH IN FRONT OF CORRECTION OFFICERS AND OTHER SUPERVISORS THAT SHOULD NOT HAVE BEEN PRESENT. I REACHED OUT TO THE DEPUTY COMMISSIONER WANDA SMITHSON WHO NEVER TOOK THE TIME TO INVESTIGATE

<div align="center">SEE ATTACHMENT-PART-G</div>

**Note:**    You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V.    Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I AM SEEKING 5,000,000.00 MONETARY COMPENSATION AGAINST THE WESTCHESTER COUNTY JAIL STAFF, CORRECT CARE SOLUTIONS MEDICAL STAFF INCLUDED IN MY COMPLAINT IN REGARD TO DELIBERATE INDIFERENCE AND NEGLIGENCE IN VIOLATION OF MY EIGHTH AMENDMENT. ON MARCH 21, 2013 IN MY COMMITMENT PAPERS TO THE WESTCHESTER COUNTY JAIL. HON. LISA MARGARET-SMITH UNITED STATES MAGISTRATE JUDGE SOUTHERN DISTRICT OF NEW YORK (EXHIBIT E) DOCUMENTED TO HAVE HAD SAW ME EVALUATED IMMEDIATELY AND MEDICATE AS NEEDED. I WENT THROUGH SO MUCH PAIN FROM MARCH 21, 2013 - MARCH 4, 2015 NOT RECEIVING ADEQUATE MEDICAL CARE. WHEN I FILED A GRIEVANCE AGAINST MEDICAL IN REGARD TO THE PAIN IN MY NECK AND BACK, A INVESTIGATION WAS CONDUCTED IN REGARD TO MY GRIEVANCE AGAINST MEDICAL STAFF. THE DIRECTOR OF NURSING MICHAEL KELLY DOCUMENTED THE NURSE PRACTITIONER DID NOT DOCUMENT A INTERVENTION FOR THE PAIN I REPORTED (EXHIBIT F) AND NONE OF MY CONCERNS WAS BOUGHT TO THE MEDICAL DIRECTOR ATTENTION. WHEN I ENTERED THE WESTCHESTER COUNTY JAIL MY BODY WAS IN A UPRIGHT POSITION. SEE ATTACHMENT PART V. RELIEF.

## VI.    Previous lawsuits:

<div style="border:1px solid black; padding:4px; display:inline-block">On these claims</div>

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____    No √

TRULINCS  68336054 - CARTER, RONALD - Unit: FAI-D-L

---------------------------------------------------------------------------------------------------------

FROM: 68336054
TO:
SUBJECT: Part IV "Part G"
DATE: 04/06/2015 01:03:18 PM

my medical grievances.

*On one occasion Wanda Smithson had a Captain John Doe and Sgt. Jane Doe call me off of the cell block to try to convince me to resubmit a grievance. I explained two both supervisors that I want the grievance that was submitted processed that came up missing. I would not submit another grievance changing the time and date the incident occured because then my rights would be violated for the grievance procedure process being changed.

TRULINCS  68336054 - CARTER, RONALD - Unit: FAI-D-L

---------------------------------------------------------------------------------------------------

FROM: 68336054
TO:
SUBJECT: V. Relief
DATE: 04/06/2015 01:03:43 PM

I have a son Denali Carter who life I was active in daily in society before my situation. I was able to take him to school even after the numerous car accidents. Spend quality time with him in parks, at the Kiley Youth Center, take him and his friends out to the movies and capable of walking my Rockweiller with him as well. During my stay in the Westchester County Jail through the many sick call slips, grievances regarding my health and numerous complaints in person to the medical staff and Westchester County Jail staff. No took my concerns serious as the months continue to pass without adequate medical treatment my body went from a upright position to a bent position where I could no longer stand straight up without the support of a chair. I remained in constant pain daily from the top of my neck, in my back and legs no longer having the ability to stand without leaning on something for support. I requested for a back brace to hopefully help keep my body in a upright position instead of being given a back brace. I was given a belly stabilizer that did not help with the pain in my back nor support to help raise my body back up. I requested for a cane where its documented in my medical records but was never given a cane until July 2014 in MDC in Brooklyn NY close to 16 months later that helped to give me support instead of walking in a bent position. The pain and suffering I endure now come from the neglect inadequate medical treatment during my stay in the Westchester County Jail. None of the referrals made by the Orthopedic on two different occasions were ever taking into consideration by the Medical Director "Dr. Raul Ulloa" even after the MRI results showed. I have damage in my neck and back. Instead transferring me out of the jail became the solution to alleviating me continuing to file grievances against medical and supervisors for the mistreatment. Finally when the order came down from Deputy Commissioner Wanda Smithson to kick me out of her jail. I was in constant pain arguing with medical and staff asking them how can they ignore the condition of my body seeing me walk around like this in a bent position not capable to keep my body upright. I learned from the MRI results through speaking with John Doe's and Jane Doe's in the nurse station how bad the condition of my neck and back is the camera's will show how the staff would demonstrate standing up touching the top of my neck moving their hand down to my lower back. Nobody took my health into consideration by informing the Medical Director Raul Ulloa that something should be done so all parties are responsible for the condition of my health. To date diminishing over the last two years. I will not be able to return back to society to live a healthy normal life raising my 10 year old son and being active in my daughter life who is 18 years old. I am limited now to what I can do no longer able to walk for long periods, exercise and many other things that I actively did before my situation. Taking my son to school every day. Then to the Youth Center, parks, movies and other places with his friends. I will not be able to drive for long periods it takes 5 hours to go visit my daughter in Salisbury, MD I cannot sit for that long from the condition of my health that has got worst from the lack of medical treatment.

Prayer for Relief

WHEREFORE, PLAINTIFF request that this Court:

A. Award compensatory damages to Plaintiff against Defendants;

B. Award costs of this action to Plaintiff;

C. Award costs for mental and physical anguish

D. Award costs of pain and suffering

E. Award punitive damages to Plaintiff;

F. Award such other and further relief as this Court may deem appropriate.

B.   If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.   Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.   Court (if federal court, name the district; if state court, name the county) _____
_____

3.   Docket or Index number _____

4.   Name of Judge assigned to your case _____

5.   Approximate date of filing lawsuit _____

6.   Is the case still pending? Yes _____ No _____
If NO, give the approximate date of disposition _____

7.   What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
_____
_____

**On other claims**

C.   Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
Yes _____   No ✓

D.   If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.   Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.   Court (if federal court, name the district; if state court, name the county) _____
_____

3.   Docket or Index number _____

4.   Name of Judge assigned to your case _____

5.   Approximate date of filing lawsuit _____

6.   Is the case still pending? Yes _____ No _____
If NO, give the approximate date of disposition _____

7.   What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _05_ day of _MAY_, 20_15_.

Signature of Plaintiff _____

Inmate Number _68336-054_

Institution Address _FCI FAIRTON_

_PO BOX 420_

_FAIRTON, NEW JERSEY 08320_

_____

**Note:**   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _05_ day of _MAY_, 20_15_, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff _____



**Westchester County**
*Westchester DOC*
*10 Woods Road*
*Valhalla, NY 10595*
*914-231-1368*

# Progress Note

**CCS**
**CORRECT CARE**
**SOLUTIONS**

| Patient Name | Inmate Number | Booking Number | Date of Birth | Today's Date |
|---|---|---|---|---|
| CARTER, RONALD | 12245 | 2013001683 | 5/12/1965 | 6/25/2013 |

ALLERGIES _____

| Time | Comments: |
|---|---|
| 6/25/13 | 48 yo Ⓓ HO ♂ |
| | c/o Neck + Low Back Pain. |
| | Since 3-car Accidents dating    PMHx - Epilepsy |
| | Back to 2011.                MEDS - DILANTIN |
| | HAD Seen outside ortho.        ? Pain Meds |
| | sent to Chiropractor, Pt had relief c̄ Codn. for back. |
| | Pt Now c̄ Pain.                PSHx — ⊖ |
| | ⊘ Bowel o Bladder ∅'s         All — ⊖ |
| | Pt Denies Numbness Paresthesias.   — ⊖ TOB. |
| | Pain Radiates From          Soc ETOA. |
| | Back To Both Lower Extremities — ⊖ illicit Drugs. |
| | On Exam, woke ♂ NAD, cooperative |
| | Skin intact ⊕ LE + Low Back. ⊕ Mid Line + Para Spinal Tenderness |
| | Sens Intact SP ☐P/TN. EHL/FHL/TA/PT/Achilles intact |
| | (4/5).  ⊕ Pulses.  ⊖ SLR Ⓑ |
| | DTR Intact Ⓑ. |
| | |
| | A/P: 48 yo ♂ c̄ Chronic Low Back Symptoms |
| | c̄ ? Radiculopathy |
| | Suggest Lumbar MRI |
| | # Plan Radiographs. of LS Spine. |
| | # U c̄ Nursing or ortho Spine Specialist, 6/28 |
| | 2elazmy        Raul Ulloa, MD |
| | CCS Medical Director |
| | |



© 2007 Correct Care Solutions, LLC.
Ccs-TX02



Westchester County
*Westchester DOC*
*10 Woods Road*
*Valhalla, NY 10595*
*914-231-1368*

# Progress Note

**CCS**
CORRECT CARE
SOLUTIONS

| Patient Name | Inmate Number | Booking Number | Date of Birth | Today's Date |
|---|---|---|---|---|
| CARTER, RONALD | 12245 | 2013001683 | 5/12/1965 | 2/25/2014 |

**ALLERGIES** _____ 5

| Time | Comments: |
|---|---|
| 2/25/14 | 48 y.o. ♂ c/o Neck Pain. |
| | For over 1 year. |
| | Pt Recalls MVC 2011 & Subsequent Tx |
| | By Chiropractor → No Relief |
| | Pt c̄ Numbness But none on ® ⊔ |
| | ∅ Bowel/Bladder Δ's. |
| | Pt Has Been Tx c̄ Muscle Relaxants |
| | & Gabapentin. |
| | |
| | Pt Exam: A x A x 3 ⊕ Mood & Affect    All - Nkda |
| | Ⓑ No Skin Impact ⊕ C-Spine Tenderness    PMHx Epilepsy |
| | ⊕ Pain c̄ Motion & ⊕ Spurlings Test    Dilantin q D. |
| | Sens Intact m/r/u N/n.    Last Sz 24 y.o. |
| | EPL, FPL, ED, FD Tendons ↑ Grossly Intact t/s    ASA, ∅ |
| | ⊕ Pulses DTR's Intact    Bun/cr |
| | Shoulder ROM Limited Due To Neck Pain.    Dines |
| | MRI 12/16/13 (as per Pt) |
| | Reports Notes "Multiple Herniated Disks" |
| | Sig. Impingent Upon Neural Foramina |
| | |
| | A/P: 48 y.o. ♂ c̄ Mult. HNP c-Spine |
| | ① Suggest Spine Evaluation Either |
| |    Neurosurgery or Ortho Spine    2/25/14 |
| | ② Pain Medication - Narcotic? Percocet For Pain |



**New York State Commission of Correction**

## Grievance Form - Part I

Facility: __Westchester County Jail__

Housing Location: __2 NW 41__

Name of Inmate: __Ronald Carter__

Grievance #: __J-66-13__

**Brief Description of the Grievance** *(Completed by the grievant)*:

Number of Additional Sheets Attached ( )

I have filled out several sick call request slips in regard to my foot and ~~3 back~~ back injuries extending from 3 car accidents back to back in society. I was called on different occasions only to be given pain medication one day on the day of sick call. Then the following day. Nothing is given to me, except motrin. I am in severe pain daily and was going to therapy before my arrest, 3 times a week mon, wed, fridays for my foot where the bone was crushed from the accident and my neck and back both traumas from the accidents. I have pain all day and night.

**Action requested by the grievant** *(Completed by the grievant)*:

Number of Additional Sheets Attached ( )

I would appreciate it if someone can call my attorney or obtain my medical records to see the seriousness of my accident to give me the proper treatment or pain medication to help me throughout the day and night. Along with be seen by a doctor to determine the pain and suffering I am going through daily. I have been patient they give me pain medic. one day then stop by just giving me motrin which doesn't help.

Grievant Signature: __Ronald Carter__

Receiving Staff Signature: _____

Date/Time Submitted: __3-29-13 - 9:32 A.m.__

Date/Time Received: __3-29-13 @ 932 hrs.__

**Summary of facility staff attempts to resolve** *(Completed by Grievance Coordinator)*:
*(Attach relevant documentation)*

Number of Additional Sheets Attached ( )

Given to Medical to investigate.

Form SCOC 7032-1 (6/05)

Original: Grievance Coordinator    Copy: Grievant



**New York State Commission of Correction**



### Grievance Form - Part II



Facility: _Westchester Cty. Jail_     Grievance #: _J-66-13_

Name of Inmate: _Ronald Carter_     Date Part 1 was received: _3/29/13_

Decision of the Grievance Coordinator:      Number of Additional Sheets Attached _1_
(Including specific facts and reasons underlying the decision)

_Based on a review of the medical records the patient's allegation_
_of being in pain and inconsistent pain medication has merit._
_There is no documentation to support that the NP ordered_
_treatment for acute pain on a stat basis. Note see attached_
_report from medical._

Signature of the Grievance Coordinator: _____     Date: _4/5/13_

☐ I have read the above decision of the Grievance Coordinator
☐ I agree to accept the decision
☐ I wish to appeal to the Chief Administrative Officer

Grievant Signature: _____     Date: _____

Decision of the Chief Administrative Officer:      Number of Additional Sheets Attached _____
(Including specific facts and reasons underlying the decision)

_____

_____

_____

_____

_____

_____

Signature of the Chief Administrative Officer: _____     Date: _____

PURSUANT TO SECTION 7032.5(A), ANY GRIEVANT MAY APPEAL ANY GRIEVANCE DENIED BY THE FACILITY ADMINISTRATOR, IN WHOLE OR IN PART, TO THE STATE COMMISSION OF CORRECTION.

☐ I have read the above decision of the Chief Administrative Officer
☐ I agree to accept the decision
☐ I wish to appeal to the Citizen's Policy and Complaint Review Council

Grievant Signature: _____     Date: _____

**Submission to the Citizen's Policy and Complaint Review Council**

I HAVE ISSUED THE GRIEVANT A RECEIPT INDICATING THE DATE THE APPEAL HAS BEEN SUBMITTED TO THE CITIZEN'S POLICY AND COMPLAINT REVIEW COUNCIL. I HAVE ENCLOSED WITH THIS GRIEVANCE, THE INVESTIGATION REPORT AND ALL OTHER PERTINENT DOCUMENTS.

Signature of the Grievance Coordinator: _____     Date: _____

Form SCOC 7032-2 (6/05)      Original: Grievance File     Copy: Grievant



To: Wanda Smithson
    Deputy Commissioner
From: Michael Kelly MS, R.N., NP
    Director of Nursing
Date: April 01, 2013
Re: Grievance J-66-13

**Complaint:**

Mr. Ronald Carter JID#12245 submitted a grievance on 03/29/13 in which he states that he is in continuous pain secondary to sustaining a back and foot injury in motor vehicle accidents in the community. The patient also reports not receiving pain management on a consistent basis.

**Investigation:**

Mr. Carter was booked on 03/21/13 and housed in NJ-2-NW-041.  At intake the patient reported having been involved in several motor vehicle accidents while in the community. The patient reported experiencing chronic back pain and was prescribed Percocet 5/325 mg while in the community. The patient received his last dose of Percocet on 03/20/13 (self reported).

At intake the nurse practitioner noted on the patient's history and physical examination that the patient reported experiencing pain, rated 8 out of 10. The physical examination was unremarkable. The NP did not document any intervention for the patient's self report of pain rated 8 out of 10.

The intake NP wrote the following order "naproxen 500 mg tablet: take 2 tablet BID 8AM and 5PM PRN for 7 days. Back pain" As a PRN medication the patient has to request the medication during medication pass; based on a review of the eMAR the patient did not receive any doses of naproxen from the above referenced order.

On 03/24/13 the patient was seen by an NP during sick call for evaluation of back pain, the NP prescribed ibuprofen 400 mg twice daily on an as needed basis.  The NP's note indicates that the patient rated his pain 9 out of 10. There is no documentation to support that the patient was ordered stat medication for self reported pain. The patient received his first dose of ibuprofen on 03/25/13 at 10:35 a.m.  The patient received ibuprofen on the following dates, 03/25/13, 03/26/13, 03/27/13 and 03/28/13.

On 03/26/13 the patient was seen by an NP for sick call secondary to a complaint of back pain, the NP ordered naproxen 1000 mg BID/PRN for 7 days for back pain; the patient received a dose of the medication at 17:25 hrs. The naproxen order was subsequently discontinued on 03/26/13 at by the NP and a new order was generated; naproxen 500 mgs BID for back pain to start 03/29/13. The patient received naproxen 500 mgs on the following dates, 3/29/13 x 1 dose, 3/30/13, and 03/31/13 x 2 doses.

On 03/26/13 the patient was referred to the onsite Physical Therapist, his first session is pending.

Date:   29 August 2013

To: Wanda Smithson

From: Ronald Carter #12245


Re: Grievance Concern


Deputy Commissioner Smithson,


My name is Ronald Carter unfortunately I realize that through
numerous grievances. I have tried to resolve the issue's that
arise conversing with Supervisors, Medical Staff, and The
Block Officers to alleviate the concerns for my health. The
issue I am addressing now concerning a matter that through two
grievances. I made an attempt to resolve following the proper
procedures of the grievance process. Briefly, I would like to
just touch on the subject.

Enclosed you will find the grievances I submitted to no avail
denied by a Supervisor along with not acknowledge by a Super-
visors. The first grievance was given to Sgt. Bell in his
opinion he felt my facts were not stated regarding the
grievance that was sumitted. The Sgt. explained procdure he
will give me two more days to write another grievance re-
garding the matter. The grievance was written given to a Sgt.
with a Capt. present as well witness. The Sgt. that took my
grievance last Friday August 23rd 2013. The grievance was
taken by the Sgt. never signed passed on to another Sgt. I
cannot say Sgt. Bell for sure not knowing. All I know is that
Sgt. Bell returned the grievance back to me without anyone
signature or the grievance number documented. Clearly in the
rule book page (16) it state [All Supervisors will function as
grievance coordinators and must accept any grievance(s) handed
to them by the grievant. Each grievance is to be investigated
to the fullest extent necessary by an impartial Supervisor who
is not personally involved in the circumstances giving rise to
the grievance] Please note: No one signed my grievance not even
the Sgt. who on August 23rd 2013 accepted my grievance.

The facts will show in the first grievance submitted I clearly
stated the facts in regard to Medical Director Micheal Kelly
NP actions. I clearly stated the correction made later that
evening in the grievance by another NP who showed me and con-
veyed nothing was never changed in my chart during the first
call at sick where NP Micheal Kelly lied about changing my

medication and the information in my chart. These facts were
clearly mention. To attempt or have to fill out another
grievance was not properly handle. Again denied by the Sgt.
Bell who was not the grievance recipient of the second
grievance.

In conclusion I followed the rules of the grievance to learn
that grievances are not being properly acknowledge is my
reason for addressing you at this time. I sincerely hope we
can retify this situation by my first grievance being re-
submitted for a full investigation to be conducted.

Thank you in advance concerning this matter in hopes that the
grievance procedure can be followed.

Enclose are the facts and complaint that was filed to show I
have taken the time to write the grievance right the first
time. Where to make up a story would not be in my best interest
to accomplish anything.


                                    Thank You,
                                    Respectfully Yours,


Please note: The second grievance is just to show that the
             grievance was never signed by anyone accepting the
             grievance from me on 2 North West. To follow the
             proper grievance procedure.


cc: file


Jeffery S. Antin, Esq.
Antin Erlich & Epstein
49 West 37th Street 7 Floor
New York, New York 10018

6.  Grievances must be filed within five (5) calendar days of the incident which gave rise
    to the grievance. Almost anything can be the subject of a Grievance; however,
    grievances regarding the following are considered non-grievable issues and will be
    returned to you:

    a.  Dispositions or sanctions from Disciplinary Hearings;

    b.  Administrative Segregation housing decisions;

    c.  Issues outside the control of the Chief Administrative Officer;

    d.  Complaints pertaining to an inmate other than the inmate filing the grievance; or

    e.  A grievance that is too vague to understand or fails to set forth supporting
        evidence. Failure to supply sufficient evidence within Two (2) days shall be cause
        to deny the grievance.

7.  All Supervisors will function as grievance coordinators and must accept any
    grievance(s) handed to them by the grievant. Each grievance is to be investigated to
    the fullest extent necessary by an impartial Supervisor who is not personally involved
    in the circumstances giving rise to the grievance.

8.  Within five (5) business days after receipt of the grievance, the Grievance Coordinator
    shall issue a written determination specifying the facts and reason for his/her decision.
    A copy shall be provided to the grievant and the D/C of Operations.  The original shall
    be maintained on file.

9.  After receiving the Grievance Coordinator's decision, you have two (2) business days
    to file an appeal to the Chief Administrative Officer or designee. You cannot appeal a
    grievance that was found in your favor.

10. Within five (5) business days after receipt of the appeal, the Chief Administrative
    Officer (from here on known as CAO) shall issue a determination on the appeal and
    provide a copy to the grievant.

11. If the CAO finds merit, he/she shall direct in writing that appropriate remedies or
    meaningful relief be provided to the grievant and all others similarly affected.

12. Within three (3) business days of receipt of the CAO's determination, the grievant may
    appeal to the NYS Commission of Correction through a Sergeant by indicating his/her
    desire to appeal on the inmate grievance form in the space provided.

13. Within three (3) business days after receipt of the grievant's notice of appeal, the CAO
    shall mail it to the NYS Commission of Correction's Citizen's Policy and Complaint
    Review Council (NYSCCCPCRC).

14. The grievant will be provided with a receipt indicating the date the appeal was
    submitted to the NYSCCCPCRC.

- 16 -

# MEDICAL SUMMARY OF FEDERAL PRISONER/ ALIEN IN TRANSIT
U.S. Department of Justice

| | |
|---|---|
| **TB Clearance** ☒Yes ☐No<br><br>1) PPD Completed: _8/23/13_<br>Results: _Date_<br>0xomm negative<br><br>2) CXR Completed:<br>Results: _____ _Date_<br><br>3) Health Authority Clearance:<br>Sign _____<br>_____ _Date_<br><br>Note: Dates listed above must be within one year of this transfer. | **I. PRISONER/ALIEN**<br><br>Name: Carter, Ronald    Prisoner/Alien Reg. # 12245    D.O.B. 5/12/65<br><br>Departed From: _____    Date Departed: _____<br><br>Destination: _____    Reason for Transfer: _____<br><br>District Name: _____    District # _____    Date In Custody: _____ |

## II. CURRENT MEDICAL PROBLEMS

1. Cardiac.
2. Seizure
3. Exostosis y jaw

4. Disc degeneration /prolating /hernd
5. hanelemisis , dyspepsia, hiccups.
6.

| Medication | Dose | Route | Medication Required For Care En Route<br>Instructions For Use (Include proper time for Administering) | | Stop |
|---|---|---|---|---|---|
| 8/3 Porotonix 10mg | DR | daily x 30 days. | | | |
| 8/1 Baclofen 10mg | PO | BID x 10 days. | | | |
| 8/1 gabapentin 800 | BID x PRN | 600 mg PO BID x PRN x 30 days | | | |
| 8/1 Ensure x 1 bottle | x TID x 7 days | | | | |
| 8/1 Requloid oral powder x 30g x daily x 30 days | | | | | |
| 8/28 Gaviscon. | 20 ml PO | x BID x PRN x 30 days. | | | |
| 8/3 Dilantin extended | 100 mg cap | x 3cap x daily x 90 days. | | | |
| 8/10 Cyclobenzaprine. — on Hold. | | | | | |
| | | | | | |

Additional Comments:
No soy diet.

## III. SPECIAL NEEDS AFFECTING TRANSPORTATION

Is prisoner medically able to travel by BUS, VAN or CAR? ☒Yes ☐No   If no, Why not? _____

Is prisoner medically able to travel by airplane? ☒Yes ☐No   If no, Why not? _____

Is prisoner medically able to stay overnight at another facility en route to destination? ☒Yes ☐No   If no, Why not? _____

Is there any medical reason for restricting the length of time prisoner can be in travel status? ☐Yes ☒No   If yes, state reason: _____

Does prisoner require any medical equipment while in transport status? ☐Yes ☒No   If yes, What equipment? _____

Sign & Print Name- Certifying Health Authority:
J. Joy RN     WCDOC     Phone Number: 914 231 1136    Date Signed: 8/3/14.

Original - Upon Transfer    Copy 1 - Prisoner File    Copy 2 - Medical File at Jail    Copy 3 - OIMS     Form USM-553 Est. 6/98

# MEDICAL SUMMARY OF FEDERAL PRISONER/ ALIEN IN TRANSIT
## U.S. Department of Justice

| TB Clearance ☒Yes ☐No |
|---|
| 1) PPD Completed: 3/23/13 |
| Results: _Date_ |
| Neg 6-mm |
| 2) CXR Completed |
| Results: _____ Date |
| 3) Health Authority Clearance: |
| 3/21/13 |
| Sign 2/26/14 |
| C. Walter _Date_ |
| Note: Dates listed above must be within one year of this transfer. |

## I. PRISONER/ALIEN

Name: Carter, Ronald

Departed From:

Prisoner/Alien Reg. #: 12245

Date Departed:

Destination:

Reason for Transfer:

District Name:

District #:

D.O.B: 5/12/1965

Date in Custody:

## II. CURRENT MEDICAL PROBLEMS

1. _____  4. _____
2. Heart disease  5. _____
3. _____  6. _____

| Medication | Dose | Route | Medication Required For Care En Route Instructions For Use (Include proper time for Administering) | Stop |
|---|---|---|---|---|
|  |  |  | see attached |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Additional Comments: NKDA    No MH/Psych Services    No soy diet

## III. SPECIAL NEEDS AFFECTING TRANSPORTATION

| | | |
|---|---|---|
| Is prisoner medically able to travel by BUS, VAN or CAR? | ☒Yes ☐No | If no, Why not? |
| Is prisoner medically able to travel by airplane? | ☒Yes ☐No | If no, Why not? |
| Is prisoner medically able to stay overnight at another facility en route to destination? | ☒Yes ☐No | If no, Why not? |
| Is there any medical reason for restricting the length of time prisoner can be in travel status? | ☐Yes ☒No | If yes, state reason: |
| Does prisoner require any medical equipment while in transport status? | ☐Yes ☒No | If yes, What equipment? |

Sign & Print Name- Certifying Health Authority: C. Walter  WCDOC

Phone Number: 914-231-1136

Date Signed: 2/26/14

### New York State Commission of Correction



## Grievance Form - Part I



**Facility:** Westchester County Jail      **Housing Location:** 2 North West

**Name of Inmate:** Ronald Carter      **Grievance #:** J-232-13

**Brief Description of the Grievance** *(Completed by the grievant):*     **Number of Additional Sheets Attached** ( l )

On August 20, 2013 the 2 North West block relief officer informed
me that I was called for sick call. I entered the Medical Office
2nd floor New Jail. The gentleman inside stated "Hi I'm Mike NP"
you put in for sick call. I stated yes the NP Mike asked what is
the problem. I stated first the back brace is a large I have
always been given a med. The NP Mike asked me to stand showing
courtesy to help me. The brace was checked. Then I explained to
him NP Mike what was on my request sick call slip.

**Action requested by the grievant** *(Completed by the grievant):*     **Number of Additional Sheets Attached** ( ● )

I would like to know why did NP Mike call me for sick call with-
out having my request in his possession to see my request. Then
why was I called back out at 9:30pm a second time for sick call
learning NP Mike never changed my order, never updated my pain
medication. The broad questions that were asked that in 5-months
no Doctor or Medical Director has given me a physical examine. My
chart was in front of him to go over everything. So what was the
purpose of the NP Mike sick call visit?

**Grievant Signature:** *Ronald Carter*     **Date/Time Submitted:** 8/21/13 5:45 PM

**Receiving Staff Signature:** *Sgt Bell # 21*     **Date/Time Received:** 21 AUG 13

**Summary of facility staff attempts to resolve** *(Completed by Grievance Coordinator):*     **Number of Additional Sheets Attached** ( )
*(Attach relevant documentation)*

Form SCOC 7032-1 (6/05)          Original: Grievance Coordinator   Copy: Grievant

Further it was explained the reason why I requested to have my
pain medicine increased. The NP MIke stated let me look at your
chart. The NP Mike said he would change the morning medication
to 400mg and place a order for the brace. Next the NP Mike
inquire about what Doctor have I been seeing. A Doctor name
was mention but I cannot remember at this time. "I explained
to NP Mike since my incarceration I have not been seen by no
Medical Doctor"except to complete the security forms for the
medical trip. Then I explained to the NP Mike the trip was not
made through a Grievance being disregarded since June 24, 2013
where it was stated by the Medical Director a pain management
program would be set up and a assigned NP would be handling
the matter. I demonstrated the pain that the cuffs and chain
caused on my neck and spine. Explaining being seen by someone
from pain managerment would have helped my situation. No
response was given. The NP Mike said ok he would make the
changes then I left.

Later that same evening I was called for sick call again this
time by the block officer around 9:30 pm August 20, 2013.
Why, I have no ideal the purpose of this Grievance being file
to find out the reason. The NP who conducted sick call the
right way had my request slip. Changed my medication to the
400mg and placed a order for the back brace. Learning nothing
was ever changed by NP Mike my order had actually expired I
was never informed until later by the other NP the grounds for
my grievance.

Date of incarceration without being seen by a doctor 3/21/13.


Grievant Signature _Donald Carter_                Date/Time _8/21/15 3:45 pm_



Department of Correction Valhalla, New York

M e m o r a n d u m

Date:  24 August 2013

To:  Detainee Ronald Carter

From:  Sgt. Bell #21

Re:  Grievance # J-232-13

Be advised that I am returning your grievance because they lack supportive evidence and are vague. You are advised to resubmit with the appropriate information / evidence / proof to substantiate your claim. You are notified that you have 2 days to resubmit and failure to do so will result in your grievance being denied per N.Y.S. MINIMUM STANDARDS 7032.4 ( F ). The following discrepancies need to be addressed.

1.  **Specific incident. It is unclear what or who you are actually grieving.  You must be clear and brief about your grievance.**



Department of Correction Valhalla, New York
# Memorandum

Date:     29 August 2013

To:       Inmate Ronald Carter

From:     Sgt. Bell #21

Re:       Grievance #J-232-13

_____

Please be advised that your grievance is being returned to you unanswered because you failed to provide the necessary information to conduct a proper investigation. Your grievance is vague and I am unsure of who or what you are grieving. Your grievance is denied per NYS minimum standards 7032.4(F).

## New York State Commission of Correction

### Grievance Form - Part 1

Facility: _Westchester County Jail_     Housing Location: _____

Name of Inmate: _Paris Baltez_     Grievance #: __J-163-13__

**Brief Description of the Grievance** *(Completed by the grievant)*:     Number of Additional Sheets Attached ( )

I WENT TO SEE CHW THIS EVENING JUNE 23, 2013 TO EXPLAIN TO THE PA THAT THE NEW
MEDICATION I WAS SWITCHED TO DO NOT HAVE THE PAIN IN MY NECK/BACK IN KILLERS
THE PM PLACED BY THE DAY AS USUAL THE PA STATED THAT HE DO NOT HAVE ANY CHART
TO SEE WHAT MEDICATION I AM TAKING, HE DID LOOK ANYTHING UP IN THE COMPUTER
WHILE I WAS STILL IN FRONT OF HIM AND HAD NO KNOWLEDGE OF ANYTHING EXCEPT MY
NAME. THE PA STATED HE WOULD CALL ME OUT LATER ONCE HE GET MY CHART, DURING
OUR DISCUSSION ALL THE PA SPOKE TO ME THROUGH THE GLASS DOORS.

**Action requested by the grievant** *(Completed by the grievant)*:     Number of Additional Sheets Attached ( )

TO INVESTIGATE WHAT WOULD BE THE RIGHT MEDICATION TO SWITCH TO HOLD BACK
THE PAIN I CONTINUE TO ENDURE WITH NON-ZICON ALCOHOL SWIPS BEING EXCEPTED IN
THE APPEAL OF THE PM FROM THE DAY CONTINUE TO BE UNBEARABLE, EVEN IF THE NEW
MEDICINE WHICH ALL IS THE ONE I WAS TAKEN OFF TO TRY SOMETHING NEW, I WOULD PREFER
THAT THIS PAIN MEDICINE IS DOING NOTHING, THE PAIN HAS LONG BACK RIGHT, THE BACK PAIN IS
IS RIGHT AND PAIN EVER WEARING THE BRACE ALL DAY OR STANDING FOR LONG PERIODS
BECOME UNBEARABLE.

Grievant Signature: _____     Date/Time Submitted: _6/24/13 1:04:19_

Receiving Staff Signature: _____     Date/Time Received: _6/24/13/11:00 PS_

**Summary of facility staff attempts to resolve** *(Completed by Grievance Coordinator)*:     Number of Additional Sheets Attached ( )
*(Attach relevant documentation)*

Grievance was Forwarded to CCS
RN Michael Kelly And Dr Gendell.

GRIEVANCE PART 2

DURING SICK CALL THE PA NEVER HAD MY MEDICAL CHART OR CHECK THE COMPUTER TO SEE WHAT MEDICATION I WAS PRESCRIBED TO TAKE. I WAS INFORMED I HAD TO WAIT UNTIL HE GET MY CHART. WHY WOULD SICK CALL BE CONDUCTED IF THE PA COULD NOT GIVE ME ANY INFORMATION DURING SICK CALL IN REGARD TO MY HEALTH ALONG WITH HAVING NO KNOWLEDGE OF THE MEDICATION I'M TAKING NOW. HE THE PA INFORMED ME I HAVE TO COME TO HIM TO HAVE MY MEDICATION CHANGED. A INMATE HAS MEDICAL RIGHTS BY LAW. WHERE OTHER INMATES SHOULD NOT BE ABLE TO HEAR A PA TALKING LOUD THROUGH GLASS DOOR ABOUT THE MEDICATION A INMATE IS TAKING AS A INMATE WE HAVE PRIVACY RIGHTS. DURING SICK CALL A PA SHOULD KNOW THE MEDICATION AND HEALTH OF A INMATE TO HAVE A DISCRIMINATION IN PRIVACY. WHAT WOULD BE THE ADVICE OR BEST DECISION FOR THE INMATE NOT TELL INMATE HE WILL INFORM HIM LATER WHICH WAS AROUND OTHER INMATES VIOLATING MY MEDICAL PRIVACY. BY THE PA NOT HANDLING MY SICK CALL REQUEST PROPERLY HE ADVISE TO WRITE A MD IN REGARDS TO CHANGING MY MEDICATION WAS I JUST HAD AND WITHIN 3 TO 4 DAYS WITH NO SICK CALL SLIP. I HAVE ALL MY LAST 3 MONTHS PUT IN A SLIP AND SLIP WHERE THE PROPER TREATMENT WAS BEING NEGLECTED THROUGH THE PREVIOUS SICK CALLS. ARE MY RIGHTS BEING AT SICK CALL NOT BEING VIOLATING IN REGARDS TO PRIVACY?

New York State Commission of Correction



Grievance Form - Part II

**Facility:** Westchester County Jail

**Grievance #:** J-163-13

**Name of Inmate:** Ronald Carter

**Date Part 1 was received:** 24 June 2013

Decision of the Grievance Coordinator:
(Including specific facts and reasons underlying the decision)

Number of Additional Sheets Attached ____

The Medical Director will meet with the NP to discuss this grievance and its findings. The Medical Director will reinforce with all the NP's the need to maintain privacy when following up with detainee. The Medical Director will also review the medical record and assign an NP to meet with the detainee to develop a pain management program. Decision agrees with the grievant.

**Signature of the Grievance Coordinator:** _____

**Date:** 3 July 2013

[ ] I have read the above decision of the Grievance Coordinator
[ ] I agree to accept the decision
[ ] I wish to appeal to the Chief Administrative Officer

**Grievant Signature:** _RONALD CARTER_

**Date:** 3 July 2013

Decision of the Chief Administrative Officer:
(Including specific facts and reasons underlying the decision)

Number of Additional Sheets Attached ____

_See attached memo._

**Signature of the Chief Administrative Officer:** _Per D/c Smithson_   **Date:** 7/8/13

PURSUANT TO SECTION 7032.5(A), ANY GRIEVANT MAY APPEAL ANY GRIEVANCE DENIED BY THE FACILITY ADMINISTRATOR, IN WHOLE OR IN PART, TO THE STATE COMMISSION OF CORRECTION.

[ ] I have read the above decision of the Chief Administrative Officer
[ ] I agree to accept the decision
[ ] I wish to appeal to the Citizen's Policy and Complaint Review Council

**Grievant Signature:** _RONALD CARTER_

**Date:** 7/9/13

Submission to the Citizen's Policy and Complaint Review Council

I HAVE ISSUED THE GRIEVANT A RECEIPT INDICATING THE DATE THE APPEAL HAS BEEN SUBMITTED TO THE CITIZEN'S POLICY AND COMPLAINT REVIEW COUNCIL.  I HAVE ENCLOSED WITH THIS GRIEVANCE, THE INVESTIGATION REPORT AND ALL OTHER PERTINENT DOCUMENTS.

**Signature of the Grievance Coordinator:** _____   **Date:** 7/9/13

Form SCOC 7032-2 (6/05)

Original: Grievance File          Copy: Grievant

Department of Correction Valhalla, New York
# MEMORANDUM

Date:   July 8, 2013

To:     Ronald Carter
        Detainee (JID#12245)

From:   Wanda Smithson
        Deputy Commissioner

Re:     Grievance J-163-13

---

    **I have read the above grievance and sustain the decision of the grievance coordinator. Medical staff has addressed your medical needs and has assigned an NP to oversee your pain management. Privacy concerns are being reinforced with medical staff.**




## Grievance Form - Part I

**Facility:** WESTCHESTER COUNTY JAIL  **Housing Location:** 2 NORTH WEST

**Name of Inmate:** RONALD CARTER  **Grievance #:** _____

**Brief Description of the Grievance** *(Completed by the grievant):*  **Number of Additional Sheets Attached (1) 2**

In (11) months since March 21, 2013 I have made medical complaint
(s), filled out grievance forms and spoken vaquely to different
Nurse Practitioners. During my sick call requests concerning the
pain in my neck and back, the results of the MRI showing my
complaints previous were not false. Which again now result in
this medical grievance against CCS Correct Care Solutions in its
entirely. (with the exception of two NP's showing concern) On
December 16, 2013 I was taken out for a MRI trip concerning my

**Action requested by the grievant** *(Completed by the grievant):*  **Number of Additional Sheets Attached (2) OVER**

Without further delay my health should be a priority by my
Eighth Amendment to receive adequate medical treatment. Being
afforded the right to be seen by a Orthopedic. To begin the
assessment of my neck and back injuries. To help relieve some of
the mental/physical pain watching my health diminish more without
the correct medical care being provided. The MRI results support
my action requested.

**Grievant Signature:** *Ronald Carter*  **Date/Time Submitted:** *February 15, 2014 6:00 P.M.*

**Receiving Staff Signature:** _____  **Date/Time Received:** _____

**Summary of facility staff attempts to resolve** *(Completed by Grievance Coordinator):*  **Number of Additional Sheets Attached ( )**
*(Attach relevant documentation)*

The Grievance Coordinator's do not like following the rule, returning a copy to me.

Copy only

Submitted To Sgt. Brown

Form SCOC 7032-1 (6/05)  **Original:** Grievance Coordinator  **Copy:** Grievant

Number of Additional Sheet Atteached (1)

continuation: neck and back a very serious health concern. Since
then the results from that date have returned showing that my
complaints from March 21, 2013 to date require adequate medical
treatment. Where I definitely need surgery as I walk around in
pain from the top of my neck down to my lower back. Having the
**MRI results to substantiate my grievance** (s). I have continue to
bring this to the medical department attention experiencing more
pain and my right should$\overset{62}{\wedge}$mass decreasing. I filed a grievance
on December 28, 2013 after briefly learning about the MRI results
being given different opinions by nurse practitioner's in hopes
of speaking with the **Medical Director "Dr.U"** in person concern-
ing my health that continue to diminish. The response to my
grievance from December 28, 2013 was unsubstantiated by the
investigating Supervisor where I will present my argument at a
later date. It was mention "**Additionally, MRI results were
reviewed by Medical Director who also met with inmate Carter to
discuss the results**" Having that be stated will be presented as
evidence to show that a statement not investigated and never
occurred will support the "**deliberate indifferences**" that
continue. By the ~~the~~ CCS Correct Care Solutions staff. [**To date
I have not met with the Medical Director to discuss anything in
regard to the seriousness of my health or the MRI results**] I
have put in more sick call request slips since December 28, 2013
to inquire about how long or how much more pain/suffering must I
endure since March 21, 2013 to be seen by a orthopedic. When
referrals were put in since last May 2013. The MRI results been
back since December 2013 after the trip. We are almost at the
end of February 2014. Two referrals have been put in for me to
be seen by the orthopedic as soon as possible. **No appointments
have been made to date for me to be seen by the orthopedic
according to the chronic care doctor during my check-up for
seizures and blood reading.** No appointment(s) reflected in my
chart that would support CCS Correct Care Solutions is making

2 of 3 pages

every effort to give me adequate medical treatment. The results of my medical grievance being filed through the disregard that is very distressing daily. CCS Correct Care Solution is in violation of the **November 19, 2009 CRIPA Investigation of the Westchester County Jail in violation of my Eighth Amendment Estelle v. Gamble, 429 U.S. 97, 104** (1976); **Hathaway v. Coughlin, 37 F.3d 63, 66** (2d Cir. 1994); **Odom v. Kerns, No. 99 Civ. 10668** (KMK) (MHD), **2008 WL 2463890, at *6** (S.D.N.Y. 2008).

Grievant Signature: _Donald Coster_          Date/Time Submitted:
                                              _February 15, 2014 6:00 P.M._
                                              _To: Sgt. Brown_

cc:file
    Orrin Fullerton
    Honorable Judge Vincent Briccetti





## Grievance Form - Part I

Facility: WESTCHESTER COUNTY JAIL

Housing Location: 2NW41

Name of Inmate: RONALD CARTER

Grievance #: _____

**Brief Description of the Grievance** *(Completed by the grievant):*

Number of Additional Sheets Attached ( )

I have previous placed (2) Authorization for Release of Health Information Pursuant to HIPAA forms addressed to Deputy Commissioner Pruyne to obtain my MRI results from December 16, 2013 medical trip. Pertaining to my health where in 6-weeks no response has been returned. In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA) I am entitle to obtain my medical records concerning my health without my Fourteeth Amendment rights being denied.

**Action requested by the grievant** *(Completed by the grievant):*

Number of Additional Sheets Attached ( )

To know the cost per copy of each page for the MRI results to obtain from the December 16, 2013 medical trip in its entirely without further delay that continue to add to my Eighth Amendment rights being violated. Due to the challenge deprivation of not receiving adequate medical care constituting a constitutional violation. See JONES V. WESTCHESTER COUNTY DEPT. of CORR. MED. DEPT. 557 F. Supp. 2d 408, 413-14 (S.D.N.Y.2008)

Grievant Signature: _____      Date/Time Submitted: _____

Receiving Staff Signature: _____      Date/Time Received: _____

**Summary of facility staff attempts to resolve** *(Completed by Grievance Coordinator):*      Number of Additional Sheets Attached ( )
*(Attach relevant documentation)*

SUBMITTED GRIEVANCE FEBRUARY 20, 2014 TO SGT ROBERT SUPERVISOR IN THE WESTCHESTER COUNTY JAIL.

COPY ONLY

cc: MR. ORRIN FULLERTON
    HONORABLE JUDGE BRICCETTI

Form SCOC 7032-1 (6/05)

Original: Grievance Coordinator   Copy: Grievant



**New York State Commission of Correction**





## Grievance Form - Part I

**Facility:** WESTCHESTER COUNTY JAIL

**Housing Location:** 2NW41

**Name of Inmate:** RONALD CARTER

**Grievance #:** _____

**Brief Description of the Grievance (Completed by the grievant):**

**Number of Additional Sheets Attached** ( )

Certified Return Receipt- 7011 2970 0000 3017 6255 , 7012 3050 0000 6265 4463
7012 3050 0000 6265 4586

On January 13, 2014 I Ronald Carter sent out (3) large brown
manila envelopes to be process Certified Return Receipt request-
ing for the Green/White Receipts to be returned back to me to
have for my receipt. The money is available in my account I would
like to know why in 72-hours. My Certified Return Receipt mail
has not been process reflecting in my account that the money has
been deducted.

**Action requested by the grievant (Completed by the grievant):**

**Number of Additional Sheets Attached** ( )

Explanation why my legal mail was held without being process
when the funds are available? The documents contain motions that
have a deadline date. To have my legal mail sent out and the
above Green/White receipts returned that have the numbers above
as stated on the form to keep for my record.

**Grievant Signature:** _Ronald Carter_

**Date/Time Submitted:** 1/18/2014

**Receiving Staff Signature:** _____

**Date/Time Received:** _____

**Suggested resolution by Grievance Coordinator (Completed by Grievance Coordinator):**

**Number of Additional Sheets Attached** ( )

_____

_____

_____

_____

rm SCOC 7032-1 (6/05)

**Original:** Grievance Coordinator   **Copy:** Grievant

CHAMBERS OF THE HONORABLE LISA MARGARET SMITH
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
HON. CHARLES L. BRIEANT, JR. FEDERAL BUILDING &
FEDERAL COURTHOUSE
300 QUARROPAS STREET
WHITE PLAINS, NY 10601
TEL: (914) 390-4130
FAX: (914) 390-4135

DATE: 3/21/13

DEFENDANT: Ronald Carter

DOCKET NUMBER: 13 Cr 198 (VB)

ATTENTION: WARDEN OF THE APPROPRIATE CORRECTIONAL FACILITY

DEFENDANT Ronald Carter _____ HAS BEEN REMANDED IN LIEU
OF BAIL. AT THE PROCEEDING BEFORE THE COURT, THE FOLLOWING **MEDICAL**
INFORMATION REQUIRING YOUR ATTENTION WAS DISCLOSED:

suffers seizures for which he takes
Dilantin 10mg 2 x/day (6am + 4pm)
HE HAS NOT HAD THE MEDICATION AT ALL TODAY
he also takes pain meds for back
pain resulting from a 2012 car
accident.

EVALUATE IMMEDIATELY AND MEDICATE
AS NEEDED

SO ORDERED:

_Lisa M. Smith_

HON. LISA MARGARET SMITH
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

| 06/06/2014 | 115 | SENTENCING SUBMISSION by USA as to Ronald Carter. (Graff, Ilan) (Entered: 06/06/2014) |
| 06/06/2014 | | Minute Entry for proceedings held before Judge Vincent L. Briccetti:Sentencing held on 6/9/2014 for Ronald Carter (7) Count 1s. Court Reporter: Mary Staten. Dft & Atty Lori Cohen pres AUSA Daniel P Filor pres. Sentencing held 60 mths impr, 2 yr s.r. Standard conditions 1-13 apply. Special conditions: Dft shall participate in a program approved by probation for drugs/alcohol..... Dft is subject to a search provision..... Report to probation w/l 72 hrs of release from custody, supervised by district ofresidence. $100.00 S.A. Due immediately. Recommends to BOP that the dft be designated to a medical facility asap., and that he be designated to a facility close to Peekskill, NY. The underlying indictment is dismissed. Dft isremanded. Right to appeal. (jty) (Entered: 06/09/2014) |
| 06/09/2014 | | DISMISSAL OF COUNTS on Government Motion as to Ronald Carter (7) Count 2... (jty) (Entered: 06/09/2014) |
| 06/09/2014 | 116 | JUDGMENT as to Ronald Carter (7), Count(s) 1s, Sentencing held 60 mths impr, 2 yr s.r. Standard conditions 1-13 apply. Special conditions: Dft shall participate in a program approved by probation for drugs/alcohol..... Dft is subject to a search provision..... Report to probation w/l 72 hrs of release from custody, supervised by district of residence. $100.00 S.A. Due immediately.; Count(s) 2, Dismissed. (Signed by Judge Vincent L. Briccetti on 6/9/2014)(jty) (Entered: 06/09/2014) |
| 06/09/2014 | 117 | SEALED DOCUMENT placed in vault.12175 (jty) (Entered: 06/10/2014) |

EXHIBIT



**U.S. Department of Justice**
Federal Bureau of Prisons
Federal Correctional Institution

_____

*Fairton, New Jersey 08320*

To:        Inmate: CARTER, RONALD
           Reg. No 68336-054
           Quarters: HDL

FCI Fairton Utilization Review Committee

Subject:       Medical Consult Review

Consult submitted to Utilization Review Committee: 3-27-15
Your medical consult for Spine Specialist –Premier Orthopedic
Has been  **Approved by the local** URC  at this time.

The Utilization Review committee found the consult to be:

**Medically Necessary-ROUTINE**

_____

**If the above medical consult is approved,  the consult will then be scheduled
based upon prioritization at the next available appointment.  In the meantime,
you should continue to work with your primary care clinician team regarding
any medical concerns.**

_3/30/15_____                    _____
     **Date**                              Dr. Ruben B. Morales
                                        Clinical Director



Department of Correction Valhalla, New York

# M e m o r a n d u m

Date:       29 August 2013

To:         Inmate Ronald Carter

From:       Sgt. Bell #21

Re:         Grievance #J-232-13

---

Please be advised that your grievance is being returned to you unanswered because you failed to provide the necessary information to conduct a proper investigation. Your grievance is vague and I am unsure of who or what you are grieving. Your grievance is denied per NYS minimum standards 7032.4(F).

PAGE 13

## New York State Commission of Correction

### Grievance Form - Part I



Facility: Westchester County Jail

Housing Location: 2 North

Name of Inmate: Quadir Frazier

Grievance #: J-163-13

**Brief Description of the Grievance** *(Completed by the grievant):*     Number of Additional Sheets Attached ( )

I WENT TO SICK CALL THIS EVENING JUNE 23, 2013, TO EXPLAIN TO THE DR THAT THE MED REGIMEN I WAS SUPPOSED TO DO ME WAS THE PAIN IN IT MY LEGS AND OTHER THAT WAS PRESCRIBED BY THE DR AS USUAL, THE DR STATED THAT HE DO NOT HAVE ANY CHART TO SEE WHAT MEDICATION I HAD TAKEN, HE DID NOT DO ANYTHING TO GO TO THE PROCESS TAKE I HAD SITTING IN FRONT OF HIM AND HAD NO PROBLEM IN ANYWAY PRESCRIBING ME ANOTHER RX STATED HE WOULD CALL ME OUT LATER ONCE HE GET MY CHART, LATER YOU CAN SOMEONE CALL THE DR BECAUSE TO ME TAKING THE MEDS DRUGS.

**Action requested by the grievant** *(Completed by the grievant):*     Number of Additional Sheets Attached ( )

TO INVESTIGATE WHAT IS GO BY THE DR IT MEDIATION TO SUBMIT TO MEDS LAW THE RN I WANTED TO FOLLOW BOTH MEDICATION AND THE SLIPS BEING LOGGED IN THE SYSTEM THE DR PRESCRIBE DRUG BE ATTACH TO BE UNDERSTAND, EVEN IF THE ONLY MEDICINE AVAILABLE IS THE RX I CAN TAKE RX TO TRY TOGETHER AGAIN I'LL SAY PROPLE THAT THIS PRESCRIBE IS SOME NOTHING THE DAIN HAS DONE BACK LICENSE, THE PAIN MEDICINE IS WHAT HER DAIN WAS USING THE PROPER SITUATION SENSING THE LEGAL PERIODS ACTIVE UNREASONABLE.

Grievant Signature: _(signature)_

Receiving Staff Signature: _(signature)_ #2

Date/Time Submitted: 6/24/13 1 4 PM

Date/Time Received: 6/24/13 / 11:00 AM

**Summary of facility staff attempts to resolve** *(Completed by Grievance Coordinator):*     Number of Additional Sheets Attached ( )
*(Attach relevant documentation)*

Grievance was forwarded to ccs RN Michael Kelly and Dr Gandell.

GRIEVANCE CONT'D

During sick call the PA never had my medical chart or check the computer to see what medication I was prescribed to take. I was informed I had to wait until he get my chart. Why would sick call be conducted if the PA could not give me any information during sick call in regard to my health being with having no knowledge of the medication I'm taking now. He the PA informed me I have to come to him to have my medication changed. A inmate has medical rights by law where other inmates should not be able to hear a PA talking loud through glass doors about the medication a inmate is taking. As a inmate we have privacy rights. During sick call a PA should know the medication and health of a inmate to make a determination in privacy. What would be the advice or best decision for the inmate not tell inmate he will inform him later which was around other inmates violating my medical privacy. By the PA not handling my sick call request properly he advise to write him and explain to him about my medication which I feel has nothing to do with sick call. So I have him as my primary PA in a sick call where the privacy health was and being violated through this grievance I wish to get to court so the medical ...

New York State Commission of Correction



Grievance Form - Part II

**Facility:** Westchester County Jail

**Grievance #:** J-163-13

**Name of Inmate:** Ronald Carter

**Date Part 1 was received:** 24 June 2013

Number of Additional Sheets Attached _____

Decision of the Grievance Coordinator:
(including specific facts and reasons underlying the decision)
The Medical Director will meet with the NP to discuss this grievance and its findings. The Medical Director will reinforce with all the NP's the need to maintain privacy when following up with detainee.  The Medical Director will also review the medical record and assign an NP to meet with the detainee to develop a pain management program. Decision agrees with the grievant.

**Signature of the Grievance Coordinator:** _____   **Date:** 3 July 2013

☐ I have read the above decision of the Grievance Coordinator
☐ I agree to accept the decision
☑ I wish to appeal to the Chief Administrative Officer

**Grievant Signature:** _____   **Date:** 3 July 2013

Decision of the Chief Administrative Officer:
(Including specific facts and reasons underlying the decision)

See attached memo.

**Signature of the Chief Administrative Officer:** _____ Per D/c Smithson   **Date:** 7/8/13

PURSUANT TO SECTION 7032.5(A), ANY GRIEVANT MAY APPEAL ANY GRIEVANCE DENIED BY THE FACILITY ADMINISTRATOR, IN WHOLE OR IN PART, TO THE STATE COMMISSION OF CORRECTION.

☐ I have read the above decision of the Chief Administrative Officer
☐ I agree to accept the decision
☑ I wish to appeal to the Citizen's Policy and Complaint Review Council

**Grievant Signature:** RONALD CARTER   **Date:** 7/9/13

Submission to the Citizen's Policy and Complaint Review Council

I HAVE ISSUED THE GRIEVANT A RECEIPT INDICATING THE DATE THE APPEAL HAS BEEN SUBMITTED TO THE CITIZEN'S POLICY AND COMPLAINT REVIEW COUNCIL.   I HAVE ENCLOSED WITH THIS GRIEVANCE, THE INVESTIGATION REPORT AND ALL OTHER PERTINENT DOCUMENTS.

**Signature of the Grievance Coordinator:** _____   **Date:** 7/6/13

Form SCOC 7032-2 (6/05)

Original:  Grievance File      Copy: Grievant

Department of Correction Valhalla, New York

## MEMORANDUM

Date:   July 8, 2013

To:      Ronald Carter
         Detainee (JID#12245)

From:   Wanda Smithson
         Deputy Commissioner

Re:      Grievance J-163-13

---

**I have read the above grievance and sustain the decision of the grievance coordinator. Medical staff has addressed your medical needs and has assigned an NP to oversee your pain management. Privacy concerns are being reinforced with medical staff.**



New York State Commission of Correction



## Grievance Form - Part I

**Facility:** WESTCHESTER COUNTY JAIL     **Housing Location:** 2 NORTH WEST

**Name of Inmate:** RONALD CARTER     **Grievance #:** _____

**Brief Description of the Grievance** *(Completed by the grievant):*     **Number of Additional Sheets Attached (1) 2**

In (11) months since March 21, 2013 I have made medical complaint
(s), filled out grievance forms and spoken vaguely to different
Nurse Practitioners. During my sick call requests concerning the
pain in my neck and back, the results of the MRI showing my
complaints previous were not false. Which again now result in
this medical grievance against CCS Correct Care Solutions in its
entirely. (with the exception of two NP's showing concern) On
December 16, 2013 I was taken out for a MRI trip concerning my

**Action requested by the grievant** *(Completed by the grievant):*     **Number of Additional Sheets Attached (2) OVER**

Without further delay my health should be a priority by my
Eighth Amendment to receive adequate medical treatment. Being
afforded the right to be seen by a Orthopedic. To begin the
assessment of my neck and back injuries. To help relieve some of
the mental/physical pain watching my health diminish more without
the correct medical care being provided. The MRI results support
my action requested.

**Grievant Signature:** Ronald Carter     **Date/Time Submitted:** February 15, 2014 3:30 P.M.

**Receiving Staff Signature:** _____     **Date/Time Received:** _____

**Summary of facility staff attempts to resolve** *(Completed by Grievance Coordinator):*     **Number of Additional Sheets Attached ( )**
*(Attach relevant documentation)*

THE GRIEVANCE Coordinator's do not like following the *Rule* returning A copy to me.

COPY ONLY

Submitted To Sgt. Brown

Form SCOC 7032-1 (6/05)

**Original:** Grievance Coordinator     **Copy:** Grievant

Number of Additional Sheet Atteached (1)

continuation: neck and back a very serious health concern. Since
then the results from that date have returned showing that my
complaints from March 21, 2013 to date require adequate medical
treatment. Where I definitely need surgery as I walk around in
pain from the top of my neck down to my lower back. Having the
**MRI results to substantiate my grievance** (s). I have continue to
bring this to the medical department attention experiencing more
pain and my right should mass decreasing. I filed a grievance
on December 28, 2013 after briefly learning about the MRI results
being given different opinions by nurse practitioner's in hopes
of speaking with the **Medical Director "Dr.U"** in person concern-
ing my health that continue to diminish. The response to my
grievance from December 28, 2013 was unsubstantiated by the
investigating Supervisor where I will present my argument at a
later date. It was mention **"Additionally, MRI results were
reviewed by Medical Director who also met with inmate Carter to
discuss the results"** Having that be stated will be presented as
evidence to show that a statement not investigated and never
occurred will support the **"deliberate indifferences"** that
continue. By the ~~the~~ CCS Correct Care Solutions staff. [**To date
I have not met with the Medical Director to discuss anything in
regard to the seriousness of my health or the MRI results**] I
have put in more sick call request slips since December 28, 2013
to inquire about how long or how much more pain/suffering must I
endure since March 21, 2013 to be seen by a orthopedic. When
referrals were put in since last May 2013. The MRI results been
back since December 2013 after the trip. We are almost at the
end of February 2014. Two referrals have been put in for me to
be seen by the orthopedic as soon as possible. **No appointments**
**have been made to date for me to be seen by the orthopedic**
**according to the chronic care doctor during my check-up for**
**seizures and blood reading.** No appointment(s) reflected in my
chart that would support CCS Correct Care Solutions is making

every effort to give me adequate medical treatment. The results
of my medical grievance being filed through the disregard that
is very distressing daily. CCS Correct Care Solution is in
violation of the November 19, 2009 CRIPA Investigation of the
Westchester County Jail in violation of my Eighth Amendment
Estelle v. Gamble, 429 U.S. 97, 104 (1976); Hathaway v.
Coughlin, 37 F.3d 63, 66 (2d Cir. 1994); Odom v. Kerns, No.
99 Civ. 10668 (KMK) (MHD), 2008 WL 2463890, at *6 (S.D.N.Y.
2008).

Grievant Signature: _Donald Carter_   Date/Time Submitted:
_February 15, 2014 6:00 P.M._
_To: Sgt. Brown_

cc:file
    Orrin Fullerton
    Honorable Judge Vincent Briccetti

New York State Commission of Correction



## Grievance Form – Part I



Facility: WESTCHESTER COUNTY JAIL

Housing Location: 2NW41

Name of Inmate: RONALD CARTER

Grievance #:

**Brief Description of the Grievance** *(Completed by the grievant):*

**Number of Additional Sheets Attached ( )**

I have previous placed (2) Authorization for Release of Health Information Pursuant to HIPAA forms addressed to Deputy Commissioner Pruyne to obtain my MRI results from December 16, 2013 medical trip. Pertaining to my health where in 6-weeks no response has been returned. In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA) I am entitle to obtain my medical records concerning my health without my Fourteeth Amendment rights being denied.

**Action requested by the grievant** *(Completed by the grievant):*

**Number of Additional Sheets Attached ( )**

To know the cost per copy of each page for the MRI results to obtain from the December 16, 2013 medical trip in its entirely without further delay that continue to add to my Eighth Amendment rights being violated. Due to the challenge deprivation of not receiving adequate medical care constituting a constitutional violation. See JONES V. WESTCHESTER COUNTY DEPT. of CORR. MED. DEPT. 557 F. Supp. 2d 408, 413-14 (S.D.N.Y.2008)

Grievant Signature: 

Date/Time Submitted: 

Receiving Staff Signature: 

Date/Time Received: 

**Summary of facility staff attempts to resolve** *(Completed by Grievance Coordinator):*  **Number of Additional Sheets Attached ( )**
*(Attach relevant documentation)*

SUBMITTED GRIEVANCE FEBUARY 20, 2014 TO SGT. ROBERT SUPERVISOR IN THE WESTCHESTER COUNTY JAIL.

COPY ONLY

cc: MR. ORRIN FULLERTON
   HONORABLE JUDGE BRICCETTI

Form SCOC 7032-1 (6/05)

Original: Grievance Coordinator   Copy: Grievant



## New York State Commission of Correction



### Grievance Form - Part I

**Facility:** WESTCHESTER COUNTY JAIL          **Housing Location:** 2NW41

**Name of Inmate:** RONALD CARTER

**Grievance #:**

**Brief Description of the Grievance (Completed by the grievant):**          **Number of Additional Sheets Attached ( )**

Certified Return Receipt- 7011 2970 0000 3017 6255 , 7012 3050 0000 6265 4463
7012 3050 0000 6265 4586

On January 13, 2014 I Ronald Carter sent out (3) large brown
manila envelopes to be process Certified Return Receipt request-
ing for the Green/White Receipts to be returned back to me to
have for my receipt. The money is available in my account I would
like to know why in 72-hours. My Certified Return Receipt mail
has not been process reflecting in my account that the money has
been deducted.

**Action requested by the grievant (Completed by the grievant):**          **Number of Additional Sheets Attached ( )**

Explanation why my legal mail was held without being process
when the funds are available? The documents contain motions that
have a deadline date. To have my legal mail sent out and the
above Green/White receipts returned that have the numbers above
as stated on the form to keep for my record.

**Grievant Signature:** _Ronald Carter_

**Receiving Staff Signature:**          **Date/Time Submitted:** 1/15/2014

**Date/Time Received:**

**(Action returned/process ... for review Completed in Grievance Coordinator)**          **Number of Additional Sheets Attached ( )**

™ SCOC 7032-1 (6/05)

**Original:** Grievance Coordinator     **Copy:** Grievant

CHAMBERS OF THE HONORABLE LISA MARGARET SMITH
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
HON. CHARLES L. BRIEANT, JR. FEDERAL BUILDING &
FEDERAL COURTHOUSE
300 QUARROPAS STREET
WHITE PLAINS, NY 10601
TEL: (914) 390-4130
FAX: (914) 390-4135

DATE: 3/21/13

DEFENDANT: Ronald Carter

DOCKET NUMBER: 13 Cr 198 (VB)

ATTENTION: WARDEN OF THE APPROPRIATE CORRECTIONAL FACILITY

DEFENDANT Ronald Carter HAS BEEN REMANDED IN LIEU OF BAIL. AT THE PROCEEDING BEFORE THE COURT, THE FOLLOWING **MEDICAL** INFORMATION REQUIRING YOUR ATTENTION WAS DISCLOSED:

suffers seizures for which he takes Dilantin 10mg 2x/day (6am + 4pm) HE HAS NOT HAD THE MEDICATION AT ALL TODAY he also takes pain meds for back pain resulting from a 2012 car accident.

EVALUATE IMMEDIATELY AND MEDICATE AS NEEDED

SO ORDERED:

HON. LISA MARGARET SMITH
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

| Date | No. | Description |
|---|---|---|
| 06/06/2014 | 115 | SENTENCING SUBMISSION by USA as to Ronald Carter. (Graff, Ilan) (Entered: 06/06/2014) |
| 06/09/2014 | | Minute Entry for proceedings held before Judge Vincent L. Briccetti. Sentencing held on 6/9/2014 for Ronald Carter (7) Count 1s. Court Reporter: Mary Staten, Dft & Atty Lori Cohen pres AUSA Daniel P Filor pres. Sentencing held 60 mths impr, 2 yr s.r. Standard conditions 1-13 apply. Special conditions: Dft shall participate in a program approved by probation for drugs/alcohol..... Dft is subject to a search provision..... Report to probation w/l 72 hrs of release from custody, supervised by district ofresidence. $100.00 S.A. Due immediately. Recommends to BOP that the dft be designated to a medical facility asap., and that he be designated to a facility close to Peekskill, NY. The underlying indictment is dismissed. Dft isremanded. Right to appeal. (jty) (Entered: 06/09/2014) |
| 06/09/2014 | 116 | JUDGMENT as to Ronald Carter (7), Count(s) 1s, Sentencing held 60 mths impr, 2 yr s.r. Standard conditions 1-13 apply. Special conditions: Dft shall participate in a program approved by probation for drugs/alcohol..... Report to probation w/l 72 hrs of release from custody, supervised by district of residence. $100.00 S.A. Due immediately.; . Count(s) 2, Dismissed. (Signed by Judge Vincent L. Briccetti on 6/9/2014)(jty) (Entered: 06/10/2014) |
| 06/09/2014 | | DISMISSAL OF COUNTS on Government Motion as to Ronald Carter (7) Count 2.. (jty) (Entered: 06/09/2014) |
| 06/09/2014 | 117 | SEALED DOCUMENT placed in vault.t 2175 (jty) (Entered: 06/09/2014) |



**U.S. Department of Justice**
Federal Bureau of Prisons
Federal Correctional Institution

_Fairton, New Jersey 08320_

To:       Inmate: CARTER, RONALD
          Reg. No 68336-054
          Quarters: HDL

FCI Fairton Utilization Review Committee

Subject:       Medical Consult Review

Consult submitted to Utilization Review Committee: 3-27-15
Your medical consult for Spine Specialist –Premier Orthopedic
Has been  **Approved by the local** UR**C**   at this time.

The Utilization Review committee found the consult to be:

**Medically Necessary-ROUTINE**

**If the above medical consult is approved,  the consult will then be scheduled based upon prioritization at the next available appointment.  In the meantime, you should continue to work with your primary care clinician team regarding any medical concerns.**

_3/30/15_
_____
**Date**

_____
Dr. Ruben B. Morales
Clinical Director



DONALD DRAPER 68336-054
FCI FAIRTON FEDERAL CORRECTIONAL INSTITUTION
PO BOX 420
FAIRTON, NEW JERSEY 08320

LEGAL MAIL CERTIFIED

United States District Court
Southern District of New York
Pro Se Office
The Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 200
New York, New York 10007-1312

<68336-05>>
Usdc Sdny
Clerk of Court
500 Pearl ST
NEW YORK, NY 10007
United States

CERTIFIED MAIL

7034 0350 2000 1916 7743

LEGAL MAIL CERTIFIED

PRIORITY MAIL®
UNITED STATES POSTAL SERVICE
Visit us at usps.com
Label 107R, January 2008

U.S. POSTAGE
PAID
FAIRTON, NJ
08320
JUN 11 '15
AMOUNT
$0.00
0009422-03